UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
XIAOFENG CUI,

                 Plaintiff,

-against-

U.S. CITIZENSHIP & IMMIGRATION
SERVICES; MICHAEL CHERTOFF, Secretary
of U.S. Dept. of Homeland Security;
PAUL NOVAK, Director of Vermont Service
Center of USCIS;
EMILIO GONZALEZ, Director, Immigration
and Immigration;
ROBERT S. MUELLER, III, Director,
Federal Bureau of Investigation,

                 Defendants.
---------------------------------------------------------------X

JUDGMENT
08-CV-0538 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 4 2008 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on May 8, 2008, dismissing the action as moot; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that judgment is hereby entered dismissing the action as moot.

Dated: Brooklyn, New York
      May 12, 2008

                                                          s/Robert C. Heinemann
                                                          ROBERT C. HEINEMANN
                                                           Clerk of Court